Brian Miller
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 North Last Chance Gulch
Helena, MT  59601
406-442-3261 Phone
406-443-7294 Fax
bmiller@mswdlaw.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID P. KING, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LSF9 MASTER PARTICIPATION TRUST,<br><br>Defendant. | Case No. 9:17-cv-00172-DLC-JCL<br><br>**STATEMENT OF STIPULATED FACTS** |

COMES NOW Plaintiff DAVID P. KING, JR. and files the following Statement of Stipulated Facts, pursuant to L.R. 16.2(b)(1).

1. Plaintiff, David P. King, Jr., resides in Ravalli County, Montana and is domiciled at 149 Elk Trail, Darby, Montana and his mailing address is P.O. Box 182, Darby, MT 59829.

2. Plaintiff is the owner and purchaser of real property (the "Property") commonly known as 149 Elk Darby, Montana 59829, and more particularly described as: PARCEL 10, LOCATED IN THE E ½ NW

1

¼, OF SECTION 12, TOWNSHIP 2 NORTH, RANGE 21 WEST, P.M.M., RAVALLI COUNTY, MONTANA, ALL ACCORDING TO CERTIFICATE OF SURVEY NO. 1133.

3. LSF9 Master Participation Trust is a Statutory Trust registered in the State of Delaware whose domicile is Delaware and whose registered agent for process of service is U.S. Bank Trust National Association, 300 Delaware Avenue, 9th Flr., Wilmington, DE 19801.

4. On March 27, 2008, Plaintiff and Julie Yevette King executed a Trust Indenture under the Montana Small Tract Financing Act in the amount of $ 350,000, which was recorded April 21, 2008 as Doc. No. 602923 of the records of Ravalli County, Montana. IndyMac Bank, F.S.B. was identified as the "Lender" on the Deed of Trust.

5. On March 26, 2009, an Assignment of Trust Indenture was recorded in Ravalli County as Doc. No. 615182.

6. On March 26, 2009, a Notice of Trustee's sale for the Property was recorded as Doc. No. 615184 of the records of Ravalli County, Montana.

7. In September of 2009, a Notice of Trustee's sale for the Property was recorded as Doc. No. 622969 of the records of Ravalli County, Montana.

8. On August 4, 2010, an Assignment of Trust Indenture was recorded in Ravalli County as Doc No. 633618.

9. Notices of Trustee's sale for the Property were recorded in the records of Ravalli County, Montana, on August 4, 2010, and November 19, 2010, as Doc. Nos. Doc. Nos. 633619 and 637517, respectively

10. Plaintiff filed for chapter 13 bankruptcy protection on March 28, 2011.

11. On February 20, 2014, an Assignment of Deed of Trust was recorded in Ravalli County as Doc. No. 675655.

12. On September 3, 2015, an Assignment of Deed of Trust was recorded in Ravalli County as Doc. No. 691350.

13. On January 13, 2016, a Notice of Trustee's sale for the Property was recorded as Doc. No. 694922 of the records of Ravalli County, Montana..

14. On July 5, 2016, a Notice of Trustee's sale for the Property was recorded on July 5, 2016 as Doc. No. 699855 of the records of Ravalli County, Montana.

15. On July 7, 2017, an Assignment of Deed of Trust was recorded in Ravalli County as Doc. No. 711413.

16. On September 11, 2017, a Notice of Trustee's sale was recorded as Doc. No. 713403 of the records of Ravalli County, Montana.

17. There is currently no foreclosure sale pending on Plaintiff's property.

RESPECTFULLY SUBMITTED this 9th day of July, 2018

By: /s/ Brian J. Miller
Brian J. Miller
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
*Attorneys for Plaintiff*