IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID P. KING, JR., <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK TRUST, N.A., LSF9 MASTER PARTICIPATION TRUST, <br><br> Defendant. | CV 17-172-M-DLC-JCL <br><br> ORDER |

Defendant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, moves for the admission of Thomas N. Abbott to practice before this Court in this case with Kenneth K. Lay to act as local counsel. Mr. Abbott's application appears to be in order. Accordingly,

IT IS ORDERED that Defendant's motion to admit Mr. Abbott pro hac vice is GRANTED on the condition that Mr. Abbott shall do his own work. This means that Mr. Abbott must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Abbott may move for the admission pro hac vice of one (1) associate of his firm.

Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Abbott.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Abbott, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 1st day of August, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge