CROWLEY FLECK, PLLP
Kenneth K. Lay
900 N. Last Chance Gulch #200
Helena, MT 59601
Phone: (406) 449-4165
Fax: (406) 449-5149

PERKINS COIE LLP
Thomas N. Abbott
505 Howard Street, Suite 1000
San Francisco, CA 94105
Phone: (415) 344-7000
Fax: (415) 344-7050

Attorneys for Defendant
U.S. Bank Trust, N.A. as Trustee for
LSF9 Master Participation Trust

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| DAVID P. KING, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>LSF9 MASTER PARTICIPATION TRUST,<br><br>        Defendant. | Case 9:17-cv-00172-DLC-JCL<br><br>**DEFENDANT U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S MOTION FOR SUMMARY JUDGMENT** |

      Pursuant to Federal Rule of Civil Procedure 56, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust ("U.S. Bank") hereby moves for summary judgment on David P. King's ("King") Amended Complaint (Dkt. 40). A brief in support of this motion is filed herewith.

      As required by local Rule 7.1.(c)(1), U.S. Bank's counsel has discussed this motion with Plaintiff's counsel, and Plaintiff will oppose this motion.

-2-

Dated: April 3, 2019	**CROWLEY FLECK, PLLP**

By: */s/* Kenneth K. Lay
    Kenneth K. Lay
    900 N. Last Chance Gulch #200
    Helena, MT 59601

**PERKINS COIE LLP**

By: */s/* Thomas N. Abbott
    Thomas N. Abbott
    505 Howard Street, Suite 1000
    San Francisco, CA 94105