IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
AUG 2 2 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| DAVID P. KING, JR., <br><br> Plaintiff, <br><br> vs. <br><br> LSF9 MASTER PARTICIPATION TRUST, <br><br> Defendant. | CV 17–172–M–DLC <br><br> ORDER |

Upon stipulation of the parties, IT IS ORDERED that this matter is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own attorneys' fees and costs.

DATED this 22nd day of August, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-